No. 669. FRIGIDAIRE SALES CORP. *v.* MARKS. March 14, 1932. Petition for writ of certiorari to the Court of Ap

peals of the District of Columbia denied. *Mr. Elwood H. Seal* for petitioner. *Mr. Henry Gilligan* for respondent.